UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIA M. DIAZ,

        **Plaintiff,**

v.                                        Case No: 6:18-cv-553-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

## ORDER

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her claims for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded. No party has filed an objection to the Report and the time to do has passed.

After an independent review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 28, 2019 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings in the Report.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is thirty days after she receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida, on April 15, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record